UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY STRICKLAND,

    Plaintiff,

                                      Case No. 18-12640
                                      Hon. Nancy G. Edmunds
                                      Mag. Judge R. Steven Whalen

v.

CITY OF DETROIT,
DETROIT POLICE DEPARTMENT,
JAMES CRAIG, MARK BLISS, RODNEY
BALLINGER, STEVEN MURDOCK,
CASEY SCHIMECK, DEANNA WILSON,
and JOHN DOES 1 through 20,

    Defendants.
_____/

## STIPULATION TO AMEND CAPTION

## AND DISMISS DETROIT POLICE DEPARTMENT

The above matter having been considered by the parties;

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to this matter by their respective counsel, that the Plaintiff, Johnny Strickland is an employee of the City of Detroit assigned to the Detroit Police Department, a department of the City of Detroit; and that for purposes of Title VII of the Civil Rights Act of 1964, and other legal authorities governing the Plaintiff's claims, the City of Detroit is the Plaintiff's employer; and

IT IS FURTHER STIPULATED AND AGREED that the Detroit Police Department is not properly named as a Defendant in this cause, and that it should be dismissed and removed from the case caption and it should not be subject to requirements to file an answer to Plaintiff's claims or to otherwise participate in proceedings as a Defendant.

/s/ Mark P. Fancher
Mark P. Fancher (P56223)
Michael J. Steinberg (P43085)
American Civil Liberties Union
  Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6822
mfancher@aclumich.org

/s/ Leonard Mungo
Leonard Mungo (P43562)
Cooperating Attorney,
American Civil Liberties Union
  Fund of Michigan
The Mungo Law Firm, PLC
333 W. Fort Street, suite 1500
Detroit, MI 48226
(313) 963-0407
Mungol16@msn.com

/s/ Lakena Crespo
Lakena Crespo (P74541)
Letitia C. Jones (P52136)
City of Detroit Law Department
Attorneys for Defendants
Coleman A. Young Municipal Center
2 Woodward Avenue, Suite 500
Detroit, MI 48226
(313) 237-3032/ (313) 237-3002
crespol@detroitmi.gov
jonelc@detroitmi.gov

DATED: October 4, 2018

2

## ORDER FOR AMENDMENT OF CASE CAPTION

In accordance with the above stipulation by the parties through their attorneys;

It is hereby **ORDERED** that the Detroit Police Department shall be dismissed and removed from the case caption of the above entitled cause, and the Detroit Police Department shall not be required to file an Answer to Plaintiff's claims or otherwise participate in this matter as a Defendant.

*Nancy Edmunds*
Hon. Nancy G. Edmunds
United States District Judge

Dated: October 9, 2018