UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY STRICKLAND,

    Plaintiff,

v.

CITY OF DETROIT, JAMES CRAIG, MARK BLISS, RODNEY BALLINGER, STEVEN MURDOCK, CASEY SCHIMECK, DEANNA WILSON,

    Defendants.

_____/

Case No. 18-12640

Honorable Nancy G. Edmunds

**ORDER DENYING DEFENDANT'S MOTION FOR PROTECTIVE ORDER AGAINST THE DEPOSITION OF DETROIT POLICE DEPARTMENT CHIEF JAMES CRAIG [26]**

This matter is before the Court on Defendants' motion for protective order against the deposition of Detroit Police Department Chief James Craig, a defendant in this case. (ECF no. 26.) Plaintiff filed a response brief in opposition. (ECF no. 28.) The Court heard this matter on March 13, 2019.

The Court finds that Defendant Chief Craig has first-hand knowledge of information related to Plaintiff's hostile work environment claim, which requires proof of the employer's liability. *See Kalich v. AT&T Mobility, LLC*, 679 F.3d 464, 474 (6th Cir. 2012) (establishing hostile work environment); *Energy Capital Corp. v. United States*, 60 Fed. Cl. 315, 318 (2004) ("it is also clear in the context of deposing former high-ranking government officials is that depositions are allowed if the party has personal knowledge of the facts in issue"); and *Jackson v. City of Detroit*, 2007 WL 2225886, at *1 (E.D. Mich. Aug. 1, 2007). The

Court further finds that the information cannot be obtained from other sources.

For the reasons stated herein and on the record, the Court denies Defendant's motion and allows the deposition of Chief Craig, the deposition not to exceed three hours in length.

**SO ORDERED.**

s/Nancy G. Edmunds
Nancy G. Edmunds
United States District Judge

Dated: March 13, 2019

I hereby certify that a copy of the foregoing document was served upon parties and counsel of record on March 13, 2019, by electronic and/or ordinary mail.

s/Lisa Bartlett
Case Manager