UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Johnny Strickland

v.                                           No. 18-cv-12640

                                             Hon. Nancy G. Edmunds

City of Detroit and Casey Schimeck

_____/

**Verdict Form – Excessive Force**

On the claim of Plaintiff Johnny Strickland against Defendant Casey Schimeck for the excessive use of force in violation of the Fourth Amendment to the United States Constitution as enforceable through 42 U.S.C. § 1983, we, the undersigned jurors, find in favor of (check one):

__✓__ Plaintiff (Strickland)

_____ Defendant (Schimeck)

If the above finding is in favor of Defendant, STOP and proceed to the NEXT PAGE to record your verdict on the retaliation claim.

If the above finding is in favor of Plaintiff, CONTINUE to record your findings as to damages on this claim.

We, the undersigned jurors, assess damages on this claim at:

ACTUAL DAMAGES: $ _____
(fill in the amount or, if none, write the word "none")

PUNITIVE DAMAGES: $ _____
(fill in the amount or, if none, write the word "none")

Or (place a checkmark below if both lines above say "none"):

__√__ NOMINAL DAMAGES are awarded in the amount of $1.00.

s/Jury Foreperson

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.

Dated: 12/5/22

## Verdict Form – Retaliation

On the claim of Plaintiff Johnny Strickland against Defendant City of Detroit for retaliation in violation of Title VII of the Civil Rights Act of 1964, we, the undersigned jurors, find in favor of (check one):

✓ Plaintiff (Strickland)

___ Defendant (City of Detroit)

If the above finding is in favor of Defendant, STOP and inform the court officer that you have reached a verdict.

If the above finding is in favor of Plaintiff, CONTINUE to record your findings as to damages on this claim.

We, the undersigned jurors, assess damages on this claim at:

ACTUAL DAMAGES:  $ __150,000__
(fill in the amount or, if none, write the word "none")

Or (place a checkmark below if the line above says "none"):

___ NOMINAL DAMAGES are awarded in the amount of $1.00.

**s/Jury Foreperson**

In compliance with the Privacy Policy Adopted by the Judicial Conference, the verdict form with the original signature has been filed under seal.