UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JOHNNY STRICKLAND,

     Plaintiff,                                 Case No. 18-cv-12640

vs.                                     Hon. Nancy G. Edmunds

CITY OF DETROIT et al.,              Mag. J. David R. Grand

     Defendants.

_____/

## STIPULATED ORDER EXTENDING TIME TO FILE MOTION FOR POST-APPEAL ATTORNEYS' FEES

Counsel for Plaintiff and Defendants are currently negotiating regarding Plaintiff's request for additional attorneys' fees for time spent on the most recent appeal and related tasks. In order to ensure that there is no question as to the timeliness of Plaintiff's contemplated motion, while still giving the parties the time they need to negotiate a compromise regarding additional fees, the parties stipulate, and the court orders, that Plaintiff shall have until January 15, 2025 to file a motion if no agreement can be reached.

     SO ORDERED.

                                              s/Nancy G. Edmunds
Dated: December 10, 2024                    Hon. Nancy G. Edmunds
                                            United States District Judge

     We stipulate to entry of the above order.

1

/s/ Daniel S. Korobkin
Daniel S. Korobkin (P72842)
American Civil Liberties Union
  Fund of Michigan
2966 Woodward Ave.
Detroit, MI 48201
(313) 578-6824
dkorobkin@aclumich.org

Attorney for Plaintiff


Dated: December 4, 2024

/s/ LaKena Crespo (by consent)
LaKena Crespo (P74541)
City of Detroit Law Department
Coleman A. Young Municipal Center
2 Woodward Ave., Suite 500
Detroit, MI 48226
(313) 237-3032
crespol@detroitmi.gov
jonelc@detroitmi.gov

Attorney for Defendants